1    ADRIENNE C. PUBLICOVER  (SBN #161432)
     Email: adrienne.publicover@wilsonelser.com
2    DENNIS J. RHODES  (SBN 168417)
     Email: dennis.rhodes@wilsonelser.com
3    WILSON, ELSER, MOSKOWITZ,
        EDELMAN& DICKER LLP
4    525 Market Street, 17th Floor
     San Francisco, CA  94105
5    Telephone:     (415) 433-0990
     Facsimile:     (415) 434-1370
6
     Attorneys for Defendant
7    AIG LIFE INSURANCE COMPANY

8

9    GLENN R. KANTOR  (SBN 122643)
     Email: gkantor@kantorlaw.net
10   CORINNE CHANDLER  (SBN 111423)
     Email: cchandler@kantorlaw.net
11   KANTOR & KANTOR, LLP
     19839 Nordhoff Street
12   Northridge, CA  91324
     Telephone:     (818) 886-2525
13   Facsimile:     (818) 350-6272

14   Attorneys for Plaintiff
     JACK CASTOR
15

16

17                  UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO

20

21   JACK CASTOR,                    )  Case No.:     CV08-04720 PJH
                                     )
22           Plaintiff,              )  **STIPULATION FOR AN ORDER**
                                     )  **EXTENDING TIME TO ANSWER OR**
23       v.                          )  **OTHERWISE RESPOND TO**
                                     )  **COMPLAINT**
24   CONSECO SENIOR HEALTH INSURANCE )
     COMPANY & AIG LIFE INSURANCE    )  **[Civil L.R. 6-1(a)]**
25   COMPANY,                        )
                                     )
26           Defendants.             )
                                     )
27   _____ )

28

**IT IS HEREBY STIPULATED**, by and between the parties to this action, through their attorneys of record, pursuant to Local Rule 6.1(a), as follows:

1.      The response of defendant AIG Life Insurance Company to plaintiff Jack Castor's Complaint, filed on October 14, 2008, currently is due by stipulation of the parties on or before December 5, 2008; and

2.      The parties have stipulated for an order granting AIG Life a ten (10) day extension of time until December 15, 2008, to answer or otherwise respond to the Complaint herein.

**IT IS SO STIPULATED.**


Date: December 4, 2008                    WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP


                          By:   _/s/ Dennis J. Rhodes_
                                Adrienne C. Publicover
                                Dennis J. Rhodes
                                Attorneys for Defendant
                                AIG LIFE INSURANCE COMPANY


Date: December 4, 2008                    KANTOR & KANTOR LLP


                          By:   _/s/ Corinne Chandler_
                                Glenn R. Kantor
                                Corinne Chandler
                                Attorneys for Plaintiff
                                JACK CASTOR


                          **ORDER**

**IT IS SO ORDERED.**

Date:_12/9/08_          By:_____
                           Honorable Phyllis J. Ha...
                           UNITED STATES DIS... ...CT COURT JUDGE

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1

STIPULATION FOR AN ORDER EXTENDING TIME TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT

USDC NDCA No. CV08-04720 PJH
407005.1

**CERTIFICATE OF SERVICE**
*Jack Castor v. Conseco Senior Health Insurance Company, et al.*
*USDC NDCA Case #CV08-04720 PJH*

1
2

I am over the age of eighteen years and am not a party to the within cause.  I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

3
4

On this date I served the following document(s):

5

**STIPULATION FOR AN ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

6
7

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

8

→     :  **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

9
10

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

11
12

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

13

: **Facsimile** -- (Only where permitted.  Must consult CCP §1012.5 and California Rules of Court 2001-2011.  Also consult FRCP Rule 5(e).  Not currently authorized in N.D.CA.)

14
15

Glenn R. Kantor, Esq.
Corinne Chandler, Esq.
Kantor & Kantor LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525
(818) 350-6272

16
17
18
19

*Attorneys for Plaintiff JACK CASTOR*

20

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

21

EXECUTED on **December 5, 2008**, at San Francisco, California.

22
23
24

Nancy Li

25
26
27
28

STIPULATION FOR AN ORDER EXTENDING TIME TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT

USDC NDCA No. CV08-04720 PJH
407005.1