UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JACK CASTOR

CASE NO. C08-4720 PJH

Plaintiff(s),

v.

CONSECO SENIOR HEALTH
INSURANCE COMPANY, et al.

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE) (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R 3-5)*

**Private Process:**
✓   Private ADR *(please identify process and provider)*  private mediation and JAMS

The parties agree to hold the ADR session by:
the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓   other requested deadline  June 15, 2009

Dated: 1/12/09

*Corinne Chandler*
Attorney for Plaintiff

Dated: 1/12/09

*[signature]*
Attorney for Defendant
AIG Life Insurance Company

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JACK CASTOR

                 Plaintiff(s),

v.

CONSECO SENIOR HEALTH
INSURANCE COMPANY, et al.

                 Defendant(s).

CASE NO. C08-4720 PJH

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓    Private ADR *(please identify process and provider)*   private mediation and JAMS

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline   June 15, 2009

Dated:_____

Dated: 1/12/09

Attorney for Plaintiff

Molly Taylor
Attorney for Defendant
Conseco Senior Health Ins. Co.

**[~~PROPOSED~~] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
  ✓     Private ADR

    Deadline for ADR session
        90 days from the date of this order.
     x   other   June 15, 2009

IT IS SO ORDERED.

Dated: 1/22/09



IT IS SO ORDERED
Judge Phyllis J. Hamilton

UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

## **NOTICE OF E-FILING**

I hereby certify that on this 12th day of January, 2009, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a notice of electronic filing to the following parties.

_____
Mildred Schwam