1  Andrew B. Downs, SBN 111435
   E-Mail: andy.downs@bullivant.com
2  Judith A. Whitehouse, SBN 198176
   E-Mail: judith.whitehouse@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California 94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Defendant Conseco Senior
   Health Insurance Company
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 JACK CASTOR,                    Case No.: 3:08-cv-04720 PJH

13         Plaintiff,               SUBSTITUTION OF ATTORNEYS

14    vs.

15 CONSECO SENIOR HEALTH INSURANCE
   COMPANY; AIG LIFE INSURANCE
16 COMPANY,

17         Defendants.

18     Defendant Conseco Senior Health Insurance Company hereby substitutes Bullivant

19 Houser Bailey PC (Andrew B. Downs, Bar No. 111435 and Judith Whitehouse, Bar No.

20 198176), 601 California Street, Suite 1800, San Francisco, California 94108-2823, Telephone

21 415.352.2700, Fax: 415.352.2701, e-mails: andy.downs@bullivant.com and

22 judith.whitehouse@bullivant.com as its attorneys in place of Reed Smith LLP.

23 DATED: 4/24/09

24                                 CONSECO SENIOR HEALTH INSURANCE CO.

25
                                   By_____
26

27

28

                                   -1-
                       SUBSTITUTION OF ATTORNEYS
                       Case No.: 3:08-CV-04720 PJH

```
 1    We accept this substitution.
 2    DATED: 4-24-2009
 3                                    BULLIVANT HOUSER BAILEY PC
 4
 5                                    By _____
                                         Andrew B. Downs
 6                                       Judith A. Whitehouse
 7                                    Attorneys for Defendant Conseco Senior Health
                                      Insurance Company
 8
 9    We consent to this substitution.
10    DATED: 4/20/09
11                                    REED SMITH LLP
12
13                                    By _____
                                         Robert D. Phillips, Jr.
14                                       Thomas A. Evans
                                         Molly A. Taylor
15
                                      Attorneys for Defendant Conseco Senior Health
16                                    Insurance Company
17                                    ORDER
18        IT IS SO ORDERED.
19    DATED: 4/28/09
20
21
22                                    _____
                                      United
23    11503525.1
24
25
26
27
28
```

IT IS SO ORDERED
Judge Phyllis J. Hamilton

-2-
SUBSTITUTION OF ATTORNEYS
Case No.: 3:08-CV-04720 PJH