Jamie L. Moore (admitted *pro hac vice*)
E-Mail: jmoore@babc.com
D. Brian O'Dell (admitted *pro hac vice*)
E-Mail: bodell@babc.com
Jason R. Bushby (admitted *pro hac vice*)
E-Mail: jbushby@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: 205.521.8356
Facsimile: 205-521-8800

Andrew B. Downs, SBN 111435
E-Mail: andy.downs@bullivant.com
Judith A. Whitehouse, SBN 198176
E-Mail: judith.whitehouse@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415-352-2700
Facsimile: 415-352-2701

Attorneys for Defendant
Conseco Senior Health Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACK CASTOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: 3:08-CV-4720 PJH |
| vs. ) | |
| ) | STIPULATION TO EXTEND PRIVATE |
| CONSECO SENIOR HEALTH ) | MEDIATION DEADLINE; ~~PROPOSED~~ ORDER |
| INSURANCE COMPANY & AIG ) | |
| LIFE INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

1
STIPULATION TO EXTEND PRIVATE MEDIATION DEADLINE

1/1889968.1

**COME NOW** the parties, plaintiff Jack Castor ("Plaintiff"), defendant Conseco Senior Health Insurance Company ("CSHIC"), and defendant AIG Life Insurance Company ("AIG") (collectively the "Parties"), by and through their respective counsel, and pursuant to Civil L. R. 7-11, hereby respectfully request an order from this Court amending the scheduling order to extend the private mediation deadline to July 15, 2009.  In support thereof, the Parties show good cause and stipulate as follows:

1. On or about January 27, 2009, the Court entered its scheduling order in this action, stating that private mediation is "to be completed within 5 months" - by June 27, 2009, in other words.

2. In April 2009, CSHIC sought new counsel to defend its interests in this action, substituting in new counsel of record on or about April 28, 2009.  Said substitution inevitably created a slight delay in the progress of the litigation of this action.

3. Since then, however, the Parties have continually discussed their mediation obligations in this case and, ultimately, jointly selected the Honorable Edward A. Infante to serve as the mediator in the case.

4. Counsel for each party in this case resides in a different California city.  The actual Parties in this action live in three different states.  Taking into account each party's, and their respective counsel's, travel arrangements, coupled with Judge Infante's limited availability, scheduling a mutually agreeable mediation date prior to June 27, 2009 was not feasible.

5. Accordingly, on or about May 20, 2009, the Parties scheduled the mediation with Judge Infante for July 15, 2009, subject to the Court's approval.

6. In light of the foregoing, the Parties respectfully request that this Court extend the private mediation deadline in this case to July 15, 2009.

**WHEREFORE, PREMISES CONSIDERED,** the Parties respectfully request that this Court enter an Order amending its scheduling order and extending the private mediation deadline in this action to July 15, 2009.

DATED:  June 8, 2009           BRADLEY ARANT BOULT CUMMINGS LLP

                               By: s/Jamie L. Moore
                               Jamie L. Moore (admitted *pro hac vice*)
                               D. Brian O'Dell (admitted *pro hac vice*)
                               Jason R. Bushby (admitted *pro hac vice*)

                               BULLIVANT HOUSER BAILEY PC
                               Andrew B. Downs, SBN 111435
                               Judith A. Whitehouse, SBN 198176

                               Attorneys for Defendant
                               Conseco Senior Health Insurance Company

DATED:  June 8, 2009           KANTOR & KANTOR, LLP

                               By:  s/Corinne Chandler
                               Corinne Chandler
                               Attorneys for Plaintiff Jack Castor

DATED:  June 8, 2009           WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

                               By:  s/Dennis J. Rhodes
                               Adrienne Clare Publicover
                               Dennis J. Rhodes

                               Attorneys for Defendant AIG Life Insurance Company

3
STIPULATION TO EXTEND PRIVATE MEDIATION DEADLINE

1/1889968.1

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

the private mediation deadline is hereby extended to July 15, 2009.

DATED: 06/11/09



UNITED STATES DISTRICT JUDGE

4
STIPULATION TO EXTEND PRIVATE MEDIATION DEADLINE

1/1889968.1