Jamie L. Moore (admitted *pro hac vice*)
E-Mail: jmoore@babc.com
D. Brian O'Dell (admitted *pro hac vice*)
E-Mail: bodell@babc.com
Jason R. Bushby (admitted *pro hac vice*)
E-Mail: jbushby@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: 205.521.8356
Facsimile: 205-521-8800

Andrew B. Downs, SBN 111435
E-Mail: andy.downs@bullivant.com
Judith A. Whitehouse, SBN 198176
E-Mail: judith.whitehouse@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415-352-2700
Facsimile: 415-352-2701

Attorneys for Defendant
Conseco Senior Health Insurance Company

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **JACK CASTOR,** | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO.: 3:08-CV-4720 PJH |
| | ) |
| vs. | ) **STIPULATION FOR DISMISSAL WITH** |
| | ) **PREJUDICE; [~~PROPOSED~~] ORDER** |
| **CONSECO SENIOR HEALTH** | ) |
| **INSURANCE COMPANY & AIG** | ) |
| **LIFE INSURANCE COMPANY,** | ) Honorable Phyllis J. Hamilton |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to Fed. R. Civ. P. 41, it is hereby stipulated, by and between plaintiff Jack Castor and defendants Conseco Senior Health Insurance Company and AIG Life Insurance Company, by and through their respective counsel of record, that the Court may make and enter its Order dismissing this action in its entirety, including any and all counterclaims and cross-claims, with prejudice, each party to bear its own costs and fees.

DATED October 9, 2009.       KANTOR & KANTOR, LLP

By: s/Corinne Chandler
    Glenn R. Kantor
    Corinne Chandler
    Brent D. Brehm

Counsel for Plaintiff Jack Castor

DATED October 9, 2009.       BRADLEY ARANT BOULT CUMMINGS LLP

By: s/Jason R. Bushby
    Jamie L. Moore (admitted *pro hac vice*)
    D. Brian O'Dell (admitted *pro hac vice*)
    Jason R. Bushby (admitted *pro hac vice*)

BULLIVANT HOUSER BAILEY PC
Andrew B. Downs
Judith A. Whitehouse

Counsel for Defendant Conseco Senior Health Insurance Company

DATED October 9, 2009.       WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: s/Dennis J. Rhodes
    Adrienne Clare Publicover
    Dennis J. Rhodes

Counsel for Defendant AIG Life Insurance Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED:** __October 13_____, **2009.**

_____
The Honorable
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

3
STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

1/1912878.1